**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | Case No. 7:12-CR-32-HL |
| v. : | |
| : | |
| **MARION SIMON,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

The Court has considered the joint request by the parties that this case be continued to the next regularly scheduled term of court in the Valdosta Division, currently set to begin on January 29, 2013, and finds that good cause exists to grant the parties' motion. Because the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendant in a speedy trial, the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this the  20th  day of November, 2012.


　　　　　　　　　　　　　　　　s/ Hugh Lawson
　　　　　　　　　　　　　　　**HUGH LAWSON, JUDGE**